UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EON-NET, L.P.,

                Plaintiff(s),

    -against-

ABAZIAS, INC.,

                Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

08 civ 6954 (JGK)

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Monday, October 20, 2008 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
       September 4, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008